UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASPER BAILEY, G60744,<br>　　　　Petitioner,<br>　v.<br>C. KOENIG, Acting Warden,<br>　　　　Respondent. | Case No. 19-cv-03498-CRB (PR)<br>**ORDER DISMISSING PETITION FOR A WRIT OF HABEAS CORPUS AS SECOND OR SUCCESSIVE PETITION**<br>(ECF Nos. 4 & 16) |

Petitioner, a state prisoner currently incarcerated at the Correctional Training Facility (CTF) in Soledad, California, has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a May 4, 2009 conviction and indeterminate life sentence from Santa Clara County Superior Court based on an alleged clerical error made by the clerk on May 7, 2009 but which petitioner claims he only recently discovered. Among other things, petitioner claims that the clerical error has resulted in illegal enhancements and unlawful denials of an opportunity to earn time credits in prison.

Petitioner's challenge of his May 4, 2029 conviction and indeterminate life sentence from Santa Clara County Superior Court based on a clerical error made on May 7, 2009 must be construed as a second or successive petition for a writ of habeas corpus under 28 U.S.C. § 2254. His first petition challenging his May 4, 2009 conviction and indeterminate life sentence was filed on March 20, 2012 and denied on the merits on October 8, 2013. See Bailey v. Diaz, No. 3:12-cv-1414-CRB (N.D. Cal. Oct. 8, 2013) (order denying habeas petition challenging 2009 state court conviction).

A second or successive petition may not be filed in this court unless petitioner first obtains from the United States Court of Appeals for the Ninth Circuit an order authorizing this court to consider the petition. See 28 U.S.C. § 2244(b)(3)(A). Petitioner has not obtained such an order

from the Ninth Circuit. The petition accordingly is DISMISSED without prejudice to refiling if petitioner obtains the necessary order.

Petitioner's motions for appointment of counsel (ECF No. 4) and to expand the record on review (ECF No. 16) are DENIED as moot and/or for lack of merit.

The clerk is instructed to close the file.

**IT IS SO ORDERED**.

Dated: November 5, 2019

_____
CHARLES R. BREYER
United States District Judge

| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |

JASPER BAILEY,

    Plaintiff,

v.

C. KOENIG,

    Defendant.

Case No. 3:19-cv-03498-CRB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 5, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jasper Bailey ID: G60744
CTF North Shasta B-250
P.O. Box 705
Soledad, CA 93960

Dated: November 5, 2019

                Susan Y. Soong
                Clerk, United States District Court

                By: /s/ L. Scott
                Lashanda Scott, Deputy Clerk to the
                Honorable CHARLES R. BREYER